IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DONALD L. McCORMICK,**

    **Plaintiff,**

  vs.                                        Civil Action 2:10-CV-1115
                                                  Judge Frost
                                                  Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On February 1, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner of Social Security be reversed and the action be remanded for further consideration of plaintiff's subjective complaints of pain. *Report and Recommendation*, Doc. No. 18. Although the parties were advised of their right to file objections, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner of Social Security for further consideration of plaintiff's subjective complaints of pain.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                                  /s/ Gregory L. Frost
                                                                     Gregory L. Frost
                                                              United States District Judge